UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| LILLIAN K. MEYER,<br><br>                Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br>                Defendant. | Case No.: 3:18-CV-00412-RCJ-CBC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 16) |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla Baldwin Carry (ECF No. 16[1]) entered on September 10, 2019, recommending that the Court deny Plaintiff's Motion for Remand (ECF No. 13). On September 23, 2019, the Plaintiff filed his Objections to Magistrate Judges Report and Recommendation (ECF No. 17).

This action was referred to Magistrate Judge Carry under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

1

**IT IS HEREBY ORDERED** that United States Magistrate Judge Carry's Report and Recommendation (ECF No. 16), shall be **ADOPTED and ACCEPTED**.

IT IS FURTHER ORDERED that Plaintiff's Motion for Remand (ECF No. 13) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk enter judgment accordingly and close the case.

**IT IS SO ORDERED.**

Dated this 8th day of October, 2019.

_____
ROBERT C. JONES
Senior District Judge